UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR TECHNOLOGIES L.L.C., DISH NETWORK L.L.C., AND ARRIS GROUP, INC., <br><br> Defendants. | Case No. 6:17-cv-00421-RWS-JDL |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DISH NETWORK CORPORATION, SLING TV L.L.C., AND SLING MEDIA, L.L.C.**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Realtime Data LLC hereby dismisses the Complaint against Defendants DISH Network Corporation, Sling TV L.L.C., and Sling Media, L.L.C. without prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: August 31, 2017

Respectfully submitted,

By: /s/ C. Jay Chung
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

Jeffrey Z.Y. Liao (CA SBN 288994)
Email: jliao@raklaw.com
James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Tele: 903/757-6400
Facsimile 903/757-2323

**Attorneys for Plaintiff**
**REALTIME DATA LLC d/b/a IXO**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 31, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ C. Jay Chung