# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR TECHNOLOGIES L.L.C., DISH NETWORK L.L.C., AND ARRIS GROUP, INC., <br><br> Defendants. | Case No. 6:17-cv-00421-RWS-JDL |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Realtime Data LLC and Defendants EchoStar Technologies L.L.C., DISH Network L.L.C., and Arris Group, Inc. through their respective undersigned counsel, hereby jointly move that all claims, counterclaims, and defenses asserted by any of the undersigned parties against any other undersigned party in the above-captioned case be dismissed without prejudice, with each party to bear its own costs and fees.

Dated:  November 6, 2017                    Respectfully submitted,

By: */s/ C. Jay Chung*
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Tele: 903/757-6400
Facsimile 903/757-2323

**Attorneys for Plaintiff**
*REALTIME DATA LLC d/b/a IXO*


By: */s/ Adam R. Shartzer*
Adam R. Shartzer
DC Bar No. 994420
shartzer@fr.com
FISH & RICHARDSON P.C.
901 15th St. N.W., 7th Fl.
Washington, DC 20005-3500
PH: 202-783-5070
FX: 202-783-2331

**Attorney for Defendants** *EchoStar Technologies L.L.C.* **and** *DISH Network L.L.C.*


By: */s/ Noah C. Graubart*
Noah C. Graubart
GA Bar No. 141862
graubart@fr.com
1180 Peachtree St. NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

2

3

Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
1425 K Street NW, 11th Floor
Washington, DC 20005
Tel: (202) 783-5070
Fax: (202) 783-2331

David S. Morris
Texas Bar No. 24032877
dmorris@fr.com
FISH & RICHARDSON P.C.
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, Texas 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

**COUNSEL FOR DEFENDANT**
*ARRIS GROUP, INC.*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record are being served on November 6, 2017, with a copy of this document via electronic service.

                                                                              */s/ C. Jay Chung*