**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA LLC d/b/a IXO** | **§** | |
| | **§** | |
| **v.** | **§** | **CASE NO. 6:17cv421-RWS-JDL** |
| | **§** | |
| **ECHOSTAR TECHNOLOGIES LLC,** | **§** | |
| **ET AL.** | **§** | |

**FINAL JUDGMENT**

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Realtime Data LLC d/b/a IXO filed suit against Defendant Echostar Technologies LLC, et al. on July 19, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 8th day of November, 2017.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE